Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROTO-ROOTER SERVICES COMPANY, an Iowa company,<br><br>Defendant. | No. 2:20-cv-00223-JCC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Tamie Jensen and Defendant Roto-Rooter Services Company gives notice that the parties have reached a settlement in principle. The parties anticipate filing a Notice for Dismissal of the action with prejudice as to the Plaintiff's Individual claims within 30 days. The parties request that all pending dates and filing requirements as to the parties be vacated and that the Court set a deadline, thirty days from the present date for filing a dismissal of the action.

1

Dated this 14th day of April, 2021

                By: /s/ Avi R. Kaufman
                Avi R. Kaufman
                Kaufman P.A.
                400 NW 26th Street
                Miami, FL 33127
                kaufman@kaufmanpa.com
                *Attorneys for Plaintiff and the Putative Class*

Dated this 14th day of April, 2021

                DINSMORE & SHOHL, LLP

                By: /s/ Karen S. Hockstad
                Karen S. Hockstad, Ohio State Bar #61308
                191 W. Nationwide Blvd., Suite 300
                Columbus, OH 43215
                Telephone: (614) 628-6930
                Email: Karen.hockstad@dinsmore.com
                Attorneys for Defendant, *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she has filed the foregoing document through the Court's ECF system which will notify all counsel of record.

**SIGNED** this 14th day of April, 2021.

/s/ Karen S. Hockstad
Karen S. Hockstad, Ohio State Bar #61308