Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROTO-ROOTER SERVICES COMPANY, an Iowa company,<br><br>Defendant. | Case No. 2:20-cv-00223-JCC<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

Plaintiff Tamie Jensen hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the alleged class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 6, 2021

*s/ Eric R. Draluck*
Eric R. Draluck (WSBA No. 19881)
PO Box 11647
Bainbridge Island, WA 98110
Telephone: (206) 605-1424
edraluck@gmail.com

Avi R. Kaufman (admitted *pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.

NOTICE OF DISMISSAL
Case No. 2:20-cv-00223-JCC

- 1 -

Eric R. Draluck
PO Box 11647
Bainbridge Island, WA 98110
206-605-1424

400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Putative Class*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has filed the foregoing document through the Court's ECF system which will notify all counsel of record.

SIGNED this 6th day of May, 2021 at Bainbridge Island, WA.

*s/ Eric R. Draluck*
Eric R. Draluck (WSBA No. 19881)

NOTICE OF DISMISSAL
Case No. 2:20-cv-00223-JCC

- 2 -

Eric R. Draluck
PO Box 11647
Bainbridge Island, WA 98110
206-605-1424