THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROTO-ROOTER SERVICES COMPANY,<br><br>Defendant. | CASE NO. C20-0223-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of voluntary dismissal (Dkt. No. 29). Plaintiff seeks to have the individual claims in this matter dismissed with prejudice and the class claims dismissed without prejudice. (*Id.* at 1.) But the notice does not meet the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i) or (ii), as it is not signed by each party that has appeared and was filed after an answer has already been served in this matter. Therefore, the notice is not self-executing. To the extent the parties seek to file a self-executing notice of dismissal, it must meet the requirements of either Rule 41(a)(1)(A)(i) or (ii).

//

//

DATED this 7th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk