Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROTO-ROOTER SERVICES COMPANY, an Iowa company,<br><br>Defendant. | Case No. 2:20-cv-00223-JCC<br><br>STIPULATION OF DISMISSAL |

Plaintiff Tamie Jensen and Defendant Roto-Rooter Services Company hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 11, 2021

*s/ Eric R. Draluck*
Eric R. Draluck (WSBA No. 19881)
PO Box 11647
Bainbridge Island, WA 98110
Telephone: (206) 605-1424
edraluck@gmail.com

Avi R. Kaufman (admitted *pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.

STIPULATION OF DISMISSAL
Case No. 2:20-cv-00223-JCC

- 1 -

Eric R. Draluck
PO Box 11647
Bainbridge Island, WA 98110
206-605-1424

400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Putative Class*

FORSBERG & UMLAUF, P.S.

By: ___*/s/ Paul S. Smith*___
Paul S. Smith, WSBA #28099
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-2050
Telephone:  (206) 689-8500
Email: psmith@foum.law
Attorney for Defendant


By: ___*/s/ Karen S. Hockstad*___
DINSMORE & SHOHL, LLP
Karen S. Hockstad, Ohio State Bar #61308
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
Telephone:  (614) 628-6930
Email:  Karen.hockstad@dinsmore.com
Attorneys for Defendant, *Pro Hac Vice*

It is so ordered.

Dated this ___ day of May, 2021

_____
Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL
Case No. 2:20-cv-00223-JCC

- 2 -

Eric R. Draluck
PO Box 11647
Bainbridge Island, WA 98110
206-605-1424