THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMIE JENSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ROTO-ROOTER SERVICES COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. C20-0223-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulation of dismissal (Dkt. No. 31). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate to the dismissal of this case with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any other member of the putative class. (Dkt. No. 31.) The parties further stipulate to each bearing its own attorney fees and costs. (*Id.*) Under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice with respect to Plaintiff's claims and without prejudice with respect to the claims of other members of

this putative class action and without an award of costs or fees to any party. The Clerk is directed to CLOSE this case.

DATED this 12th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
